IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

    v.                                            Case 1:16-cr-10215-RWZ-2

CHINDY DIAZ,
        Defendant.

Dated: April 23, 2020

## DECLARATION OF SHERLY ALVARADO

Declarant, being subject to penalties of perjury under 28 USC §1746, says as follows:

1. My name is Sherly Alvarado and I am defendant Chindy Diaz's adult daughter.

2. My mother reported to me while she was imprisoned at Danbury, Connecticut that her doctors there diagnosed her with diabetes and hypertension. I had this conversation with her several months ago.

3. My mother has suffered from asthma for a long time. She carries an inhaler and uses it whenever she experiences symptoms such as shortness of breath.

4. I would like to house my mother to help her avoid corona virus infection in jail. I have a private rented apartment in New Bedford and I receive no Section Eight funding. I can give my mother her own room while she is on home confinement. There are no dangerous weapons or dangerous dogs

1

on the premises. No one in the residence is on probation or under criminal justice status.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2020.

*/s/ Sherly Alvarado*
SHERLY ALVARADO

### CERTIFICATE OF SERVICE

Counsel certifies that he has served a true copy of this document today on the attorneys for all the parties through the CM/ECF system of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

/s/Kevin L. Barron